**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

May 13, 2011

BY ECF
Hon. Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:  United States v. Dominick Dionisio
            04 Cr 1068 (DLI)

Dear Judge Irizarry:

     This letter will confirm that the conference before Your Honor in Mr. Dionisio's case has been adjourned at the request of the defense from May 13, 2011 to May 20, 2011 at 9:30 a.m.. I am presently on trial before Judge Seybert in United States v. Christian Tarantino, 08 Cr 655 (JS), and am, therefore, unavailable to proceed on Mr. Dionisio's behalf.

     Mr. Dionisio, of course, consents to an exclusion under the Speedy Trial Act from May 13th to May 20th.

                              Respectfully yours,

                              /JRF/

                              James R. Froccaro, Jr.

JRF:tp