# CRIMINAL CAUSE FOR STATUS CONFERENCE

**Before:** **Dora L. Irizarry, U.S.D.J.**   Date: **5/20/11**   Time in Court: **0:12**

**Docket Number:** **04-CR-1068**

Deft Name:   **Dominick Dionisio**                                                                 #**1**
  **X** Present    ___ Not Present    ___ Custody    **X** Bail

Defense Counsel:   **James Froccaro**
  ___ CJA    **X** Retained    ___ Federal Defenders

A.U.S.A.:   **James Gatta**

Court Reporter:  **Michele Nardone**          Deputy Clerk: **Christy Carosella**

**X**   Status Conference held.

**X**   **Speedy Trial**: Code Type **XT**   Start: **5/20/11**   Stop: **6/28/11**.
       ___ Order / Waiver Executed & Filed.   **X** Entered on record.
       **X**   In the interest of justice as stated on the record and with consent of parties.

**X**   Further status conference set for **JUNE 28, 2011 at 12:30 PM**.

**X**   Jury Selection set for **FEBRUARY 13, 2012**; referred to magistrate judge.  Trial to begin immediately following jury selection.

Other: **Per government, parties have been engaged in plea discussions; notes defense counsel has been engaged in consecutive trials; would like to continue negotiations.  Defense counsel concurs; notes extensive trial schedule through the end of the year.  Further status conference set (see above).  If plea agreement is reached in advance of the next conference, and the defendant consents, the plea shall be referred to the magistrate judge.  Parties shall advise the courtroom deputy if the defendant intends to plead guilty at the next status conference.  Government advises it will submit a status letter in advance of the next status conference.  Trial schedule set (see above).  If the defendant does not plead guilty by the next status conference date, a more details trial schedule will be set.  Per government, its case in chief would last approximately 2 full weeks; defense does not anticipate presenting a case.  Jury selection referred to magistrate judge with the consent of the parties.  Defendant's bond is modified, with consent of the government, to permit travel in the District of New Jersey.**