**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

July 28, 2011

BY ECF
Hon. Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

           Re:  United States v. Dominick Dionisio
                04 Cr 1068 (DLI)

Dear Judge Irizarry:

     By this letter, I am respectfully requesting that Mr. Dionisio be permitted to travel to Puerto Rico for a vacation with his girlfriend, Carrie O'Toole, from August 11, 2011 until August 17, 2011. Since Mr. Dionisio was released from prison after serving a 97 month prison term <u>and</u> placed on bond in this matter in January of 2008, he successfully discharged a three-year term of supervised release, and also, has complied with all the conditions of his bail, which remain in full force and effect.

     If Your Honor grants this application, Mr. Dionisio's flight is scheduled to leave JFK Airport at 9:00 a.m., and arrive in San Juan, Puerto Rico, at 12:54 p.m. on August 11th. While in Puerto Rico, Mr. Dionisio and Ms. O'Toole will be staying at the El San Juan Resort &

1

Casino.  They are scheduled to leave San Juan at 1:39 p.m., and arrive at JFK Airport in New York at 5:37 p.m. on August 17th.

    The government and U.S. Pretrial Services Office have both consented to this request.

Respectfully submitted,

/JRF/

James R. Froccaro, Jr.

JRF:tp