**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

January 3, 2012

BY ECF
Hon. Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  United States v. Dominick Dionisio
04 Cr 1068 (DLI)

Dear Judge Irizarry:

     Mr. Dionisio is presently scheduled to be sentenced by Your Honor at 3:00 p.m. on January 20, 2012.  By this letter, I am respectfully requesting that Mr. Dionisio's sentencing proceedings be adjourned until 3:00 p.m. on February 10, 2012 - if this time and date is convenient with the Court.  The parties, as well as the Probation Department are presently in the process of sorting out complex issues relating to the advisory Sentencing Guidelines.

     This is my first request for an adjournment of Mr. Dionisio's sentencing, and barring unforseen circumstances, I will not make another.

The government has consented to this adjournment request.

Respectfully yours,

/JRF/

James R. Froccaro, Jr.

JRF:tp